UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Terrence Orel Hargrove**                       **Docket No. 5:18-CR-178-1BO**

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terrence Orel Hargrove, who, upon an earlier plea of guilty to Felon in Possession of Ammunition, in violation of 18 U.S.C. § 922(g)(1) and § 924; and Possession With Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on November 29, 2018, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Terrence Orel Hargrove was released from custody on August 24, 2022, at which time the term of supervised release commenced.

On January 24, 2024, a Revocation Hearing was held regarding the defendant's engagement in new criminal conduct. The Court ruled that the defendant had violated his conditions of supervision and sentenced him to imprisonment for 5 months. Upon release, the defendant was placed back on supervised release until Augst 23, 2025, under all previously imposed conditions. He was released from this term of imprisonment on May 13, 2024.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 23, 2024, the defendant submitted a drug screen that returned positive for marijuana and cocaine. The defendant verbally admitted to using both while in custody. Lab confirmation was received on Mary 29, 2024. In response to this admission, the probation office requests the conditions of supervision be modified to include drug testing and treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Terrence Orel Hargrove
Docket No. 5:18-CR-178-1BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

/s/ Arthur B. Campbell
Arthur B. Campbell
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8677
Executed On: June 3, 2024

## ORDER OF THE COURT

Considered and ordered this __3__ day of __June__, 2024, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
United States District Judge